# EXHIBIT 1

/s/ Jacob E. Reger
Circuit Court Judge
Ref. Code: 234WYZSLX

E-FILED | 6/22/2023 9:58 AM
CC-21-2022-F-45
Lewis County Circuit Clerk
Beth A. Burkhart

## In the Circuit Court of Lewis County, West Virginia

**State of West Virginia,**
Plaintiff,

v.

Case No. CC-21-2022-F-45
Judge Jacob E. Reger

**Benjamin Pete Blake,**
Defendant

## CONTINUANCE FOR THE TERM ORDER

On the 12th day of June, 2023, came the State of West Virginia, by Christina C. Flanigan, Prosecuting Attorney for Lewis County, West Virginia; also came the Defendant, Benjamin Pete Blake, appearing in his own proper person, in the custody of the Sheriff of Lewis County, West Virginia, and being represented and assisted by Joseph F. Shaffer, his counsel.

Whereupon, this matter came on for hearing upon the State of West Virginia's "Motion to Exclude Witnesses or in the Alternative Motion to Continue Case to Next Term of Court."

Upon consideration, the Court is of the opinion to and does hereby GRANT said motion to continue the trial in this case due to Defendant not complying with rules of discovery. Further, this continuance will be attributed to the Defendant.

Thereupon, this matter came on for the setting of a Trial by jury in this case, and it is accordingly Adjudged and Ordered that Pre-Trial of this case be and it is hereby set for the selection of a jury for the Trial of this case be and it is hereby set for the 21st day of August, 2023, at the hour of 9:00 o'clock A.M., and the Trial of this case be and it is hereby set for the 22nd-24th day of August, 2023, at the hour of 9:00 o'clock A.M.

It is, accordingly, ADJUDGED and ORDERED that the matter be

scheduled for a **Motion Hearing** on the **22nd day of June, 2023, at 9:00 o'clock, A.M.**

It is further Ordered that the Defendant is again placed in the custody of the Sheriff of Lewis County, West Virginia, to be by the latter remanded to the Central Regional Jail, situate in Flatwoods, Braxton County, West Virginia, to await further proceedings herein as the law may require.

It is further Ordered that the Clerk of this Court forward a certified copy of this Order to the Central Regional Jail, 1255 Dyer Hill Road, Sutton, West Virginia 26601; to Joseph F. Shaffer, 343 West Main Street, Clarksburg, West Virginia 26301, counsel for the Defendant; and to the Lewis County Prosecuting Attorney.

**/s/ Jacob E. Reger**
Circuit Court Judge
26th Judicial Circuit

Note: The electronic signature on this order can be verified using the reference code that appears in the upper-left corner of the first page. Visit www.courtswv.gov/e-file/ for more details.